UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Rose Bigler,**

**V.**                              **CIVIL ACTION NO. 1:23-cv-11799-MJJ**

**Life Insurance Company of North America,**

<u>**SETTLEMENT ORDER OF DISMISSAL**</u>

**JOUN, D.J.**

The Court have been advised that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within **thirty (30) days**, to reopen the action if, settlement is not consummated.

/s/ Steve K. York

March 18, 2024        --------------------------
                                     **Deputy Clerk**